# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ALHAGI GASSIM CONTEH<br>a/k/a "Mook"<br><br>*Defendant(s)* | Case No. 1:24-mj-136<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 2024 to April 2024** in the city/county of **Alexandria and Prince William** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1) and 846 | Conspiracy to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Kristin S. Starr
*Printed name and title*

*Complainant's signature*

DEA Special Agent Kyle Van Hecke
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**telephone** *(specify reliable electronic means)*.

Date: 04/11/2024

*Judge's signature*

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2024.04.11 10:13:47 -04'00'

City and state: Alexandria, Virginia

The Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*