

FILED
IN OPEN COURT

JUL 16 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALHAGI GASSIM CONTEH,<br>a/k/a "Mook"<br><br>*Defendant.* | Case No. 1:24-CR-140<br><br>Count 1: 21 U.S.C. § 846<br>Conspiracy to Distribute 400 grams or more of Fentanyl<br><br>Count 2: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C)<br>Distribution of Fentanyl<br><br>Forfeiture Notice |

CRIMINAL INFORMATION

Count One

*Conspiracy to Distribute Fentanyl*

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning at least as early as February of 2024, and continuing thereafter up to and including April of 2024, the exact dates being unknown, in Alexandria, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant ALHAGI GASSIM CONTEH did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown, to knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

(In violation of Title 21, United States Code, Section 846)

Count Two

*Distribution of Fentanyl*

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 26, 2024, in Woodbridge, Virginia, within the Eastern District of Virginia, the defendant, ALHAGI GASSIM CONTEH did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C))

## FORFEITURE NOTICE

The defendant, ALHAGI GASSIM CONTEH, is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of the controlled substance offenses alleged in Counts 1 and 2 of the Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

The defendant, ALHAGI GASSIM CONTEH, is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of the offenses alleged in Counts 1 and 2 of the Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

[CONTINUED ON NEXT PAGE]

Pursuant to 21 U.S.C. § 853(p), ALHAGI GASSIM CONTEH shall forfeit substitute property, if, by any act or omission of ALHAGI GASSIM CONTEH, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code 924(d)(1); Title 28, United States Code 2461(c); and Federal Rule of Criminal Procedure 32.2(a))

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: July 16, 2024

By: /s/ Kristin S. Starr
Kristin S. Starr
Assistant United States Attorney